# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JERRY HOOKS, | |
| Plaintiff, | 3:07-cv-00638-LRH-VPC |
| vs. | |
| SNIDER, *et al.*, | **ORDER** |
| Defendants. | |

Plaintiff, a state prisoner, submitted a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 and an incomplete application to proceed *in forma pauperis*. (Docket #1). On April 16, 2008, the Clerk sent an order to plaintiff requiring the filing of an amended application to proceed *in forma pauperis*. (Docket #3). The order was returned to the Court as undeliverable – markings on the envelope indicate the following: "return to sender – attempted not known – unable to forward." (Docket #4). Plaintiff has not notified the Court of a new address.

Rule LSR 2-2 of the Local Rules of Special Proceedings and Appeals provides:

> The plaintiff shall immediately file with the court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this rule may result in dismissal of the action with prejudice.

In view of plaintiff's failure to keep the Court informed of his address as required by LSR 2-2, the Court will dismiss this action without prejudice.

///

///

1    **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT**
2 **PREJUDICE**.
3    **IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly.
4    DATED this 9th day of May, 2008.

---
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE