AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF NEVADA

JERRY HOOKS,

      Plaintiff,              JUDGMENT IN A CIVIL CASE

V.

                               CASE NUMBER: **3:07-cv-00638-LRH-VPC**

SNIDER, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE.


  May 12, 2008                                         **LANCE S. WILSON**
                                                           Clerk


                                                      /s/ Kalani Lizares
                                                       Deputy Clerk